UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA GOLDEN,<br><br>                                    Plaintiff,<br><br>v.<br><br>RICHARD KIPPERMAN, TIFFANY CARROLL, DAVID ORTIZ,<br><br>                                    Defendants. | Case No.:  20-CV-855 TWR (NLS)<br><br>**ORDER: (1) GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR REINSTATEMENT AND RECONSIDERATION, AND (2) VACATING JUDGMENT**<br><br>(ECF No. 27, 28, 33) |

Presently before the Court is Plaintiff Lisa Golden's Motion for Reinstatement of Case and Reconsideration of the Court's Denial of Lisa Golden's Motion to Recuse Judge Dana Sabraw and for a Final Extension of Time to File Her Response ("Mot.," ECF No. 33).  In light of the transfer of this action to the undersigned, (*see* ECF No. 29), the Court **DENIES IN PART AS MOOT** Plaintiff's Motion to the extent it seeks reconsideration of the Honorable Dana M. Sabraw's September 3, 2020 Order Denying Plaintiff's Motion to Recuse (ECF No. 24).

As for Plaintiff's request that the Court reinstate this case, the Court **GRANTS IN PART** Plaintiff's Motion based on Plaintiff's representation that Plaintiff timely requested an extension of time that was never docketed.  The facts are as follows:  Defendant Richard Kipperman filed a motion to dismiss Plaintiff's Complaint on June 22, 2020.  (*See* ECF

1

No. 10.)  On July 15, 2020, Plaintiff timely requested an extension of time to file a response, (*see* ECF No. 16), which Judge Sabraw granted.  (*See* ECF No. 21.)  Plaintiff then timely filed a second request for extension of time, (*see* ECF No. 31), which was never docketed.  (*See generally* Docket; *see also* Mot. at 8.)  Accordingly, having never received Plaintiff's second request for extension of time or her response to the pending motion to dismiss, Judge Sabraw concluded that the motion was unopposed, granted Defendant Kipperman's motion on the merits, and dismissed with prejudice Plaintiff's Complaint.  (*See* ECF No. 27.)  Judgment was entered that same day.  (*See* ECF No. 28.)

Although the justifications for Judge Sabraw's dismissal are compelling, in light of the fact that Judge Sabraw did not have the opportunity to review Plaintiff's timely request for an extension of time to file an opposition before ruling on Defendant Kipperman's motion to dismiss, the Court concludes that relief under Federal Rule of Civil Procedure 60(b) is warranted.  The Court therefore **GRANTS IN PART** Plaintiff's Motion to the extent it seeks reinstatement, **VACATES** Judge Sabraw's September 10, 2020 Order (ECF No. 27) and the Clerk of Court's September 10, 2020 Judgment (ECF No. 28), and **RE-OPENS** this action.  The Court also **GRANTS** Plaintiff until October 28, 2020 to file a response to Defendant Kipperman's motion to dismiss.  Defendant Kipperman **MAY FILE** a reply on or before November 11, 2020.  Upon closing of the briefing, Defendant Kipperman's motion **SHALL BE TAKEN UNDER SUBMISSION** on the papers pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated:  October 8, 2020

Honorable Todd W. Robinson
United States District Court